# No. 23-11900

## IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Sionic Mobile Corporation, *Appellant/Defendant*,

v.

Berkeley Ventures II, LLC, *Appellee/Plaintiff*.

Appeal from the United States District Court for the Northern District of Georgia, Atlanta Division, No. 1:19-cv-05523-VMC

## APPELLANT SIONIC'S RESPONSE TO APPELLEE'S MOTION TO DISMISS AND TO STAY MERITS BRIEFING

Carolyn "Tippi" Cain Burch
Georgia Bar No. 094515
The Burch Firm, LLC
P.O. Box 335
Columbus, Georgia 31902
404.357.3326
tippiburch@georgiaappealslaw.com

# No. 23-11900 – Sionic Mobile Corporation v. Berkeley Ventures II, LLC

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

- Baker, Richard J., former Counsel for Appellant/Defendant Sionic Mobile Corporation and former Defendant Ronald D. Herman

- Berkeley Ventures II, LLC, Appellee/Plaintiff

- Burch, Carolyn "Tippi" Cain, Counsel for Appellant/Defendant Sionic Mobile Corporation and former Defendant Ronald D. Herman

- Busch, Bryan E., former Counsel for Appellee/Plaintiff Berkeley Ventures II, LLC

- Calvert, Victoria M., United States District Court Judge for the Northern District of Georgia

- Godwin, Jason Brian, Counsel for Appellee/Plaintiff Berkeley Ventures II, LLC

- Herman, Ronald D., former Defendant and CEO of Defendant Sionic Mobile Corporation

## No. 23-11900 – Sionic Mobile Corporation v. Berkeley Ventures II, LLC

- Jenner, Simon, former Counsel for Appellant/Defendant Sionic Mobile Corporation and former Defendant Ronald D. Herman

- Mirmelli, Laura H., former Counsel for Appellee/Plaintiff Berkeley Ventures II, LLC

- Parker, Wilmer "Buddy" III, Counsel for Appellee/Plaintiff Berkeley Ventures II, LLC

- Sionic Mobile Corporation, Appellant/Defendant

No parent corporation and no publicly held corporation owns 10% or more of stock of Appellant/Defendant Sionic Mobile Corporation.

## No. 23-11900 – Sionic Mobile Corporation v. Berkeley Ventures II, LLC

## APPELLANT SIONIC'S RESPONSE TO APPELLEE'S MOTION TO DISMISS AND TO STAY MERITS BRIEFING

Appellant Sionic timely appealed the district court's May 9, 2023 order denying its Rule 60(b) motion, (Doc. 274), by filing its June 8, 2023 Notice of Appeal (Doc. 275). *See* Fed. R. App. P. 3(a)(1), 4(a)(1)(A), and 26(a)(1). Sionic concedes that its Notice of Appeal was not timely as to the district court's earlier orders and December 16, 2022 judgment.

Further, Sionic's appeal of the district court's denial of its Rule 60(b) motion is properly before this Court. Sionic's Rule 60(b) motion was based, in large part, on facts that arose ***after*** the district court's December 16, 2022 judgment – namely that Sionic had obtained counsel. (*See* Doc. 266 – including in Exhibit A to Appellee's Motion to Dismiss). As such, the appeal of the district court's denial of Sionic's Rule 60(b) motion presents an error different than the error(s) that could have been presented to this Court in a direct appeal of the district court's December 16, 2022 judgment and does not run afoul of the

## No. 23-11900 – Sionic Mobile Corporation v. Berkeley Ventures II, LLC

prohibition of raising a challenge through a Rule 60(b) motion "which could have been raised on direct appeal." *American Bankers Ins. Co. v. Northwestern Nat'l Ins. Co.*, 198 F.3d 1332, 1338 (11th Cir. 1999). Accordingly, Sionic's appeal of the district court's denial of its Rule 60(b) motion is properly before this Court.

Sionic joins Berkeley's request that this Court stay the merits briefing schedule until the resolution of this motion.

This 21st day of July, 2023.

                                        Respectfully submitted,

                                        /s/ Carolyn C. Burch

                                        Carolyn "Tippi" Cain Burch
                                        Georgia Bar No. 094515
                                        The Burch Firm, LLC
                                        P.O. Box 335
                                        Columbus, Georgia 31902
                                        404.357.3326
                                        tippiburch@georgiaappealslaw.com

# No. 23-11900 – Sionic Mobile Corporation v. Berkeley Ventures II, LLC

## CERTIFICATE OF COMPLIANCE

This response to a motion complies with the typeface and type style requirements and the type-volume limits of Fed. R. App. P. 27(d)(2)(A) because it contains 707 words.

                                                */s Carolyn C. Burch*
                                                Carolyn C. Burch
                                                Georgia Bar No. 094515

<u>No. 23-11900 – Sionic Mobile Corporation v. Berkeley Ventures II, LLC</u>

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 21, 2023, I served the within and foregoing **APPELLANT SIONIC'S RESPONSE TO APPELLEE'S MOTION TO DISMISS AND TO STAY MERITS BRIEFING** by electronically filing it with this Court's ECF system, which constitutes service on the following attorneys who have appeared in this case and are registered CM/ECF participants:

> Jason Brian Godwin
> Godwin Law Group
> 3985 Steve Reynolds Boulevard
> Building D Norcross, GA 30093
> jgodwin@godwinlawgroup.com
>
> Buddy Parker
> Maloy Jenkins Parker
> 1360 Peachtree Street NE
> Suite 910
> Atlanta, GA 30309
> parker@mjplawyers.com

<u>/s/ Carolyn C. Burch</u>
Carolyn "Tippi" Cain Burch