# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11900

_____

BERKELEY VENTURES II, LLC,

                                                        Plaintiff-Appellee,

*versus*

SIONIC MOBILE CORPORATION,

                                                        Defendant-Appellant,

RONALD D. HERMAN,

                                                        Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2            Order of the Court            23-11900

D.C. Docket No. 1:19-cv-05523-VMC

_____

ORDER:

Appellee's motion to stay the briefing schedule is GRANTED.

/s/ Robin S. Rosenbaum

UNITED STATES CIRCUIT JUDGE