# No. 23-11900

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Sionic Mobile Corporation, *Appellant/Defendant*,

v.

Berkeley Ventures II, LLC, *Appellee/Plaintiff*.

Appeal from the United States District Court for the Northern District of Georgia, Atlanta Division, No. 1:19-cv-05523-VMC

## CONSENT MOTION TO DISMISS

Carolyn "Tippi" Cain Burch
Georgia Bar No. 094515
The Burch Firm, LLC
P.O. Box 335
Columbus, Georgia 31902
404.357.3326
tippiburch@georgiaappealslaw.com

# No. 23-11900 – Sionic Mobile Corporation v. Berkeley Ventures II, LLC

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

- Baker, Richard J., former Counsel for Appellant/Defendant Sionic Mobile Corporation and former Defendant Ronald D. Herman

- Berkeley Ventures II, LLC, Appellee/Plaintiff

- Burch, Carolyn "Tippi" Cain, Counsel for Appellant/Defendant Sionic Mobile Corporation and former Defendant Ronald D. Herman

- Busch, Bryan E., former Counsel for Appellee/Plaintiff Berkeley Ventures II, LLC

- Calvert, Victoria M., United States District Court Judge for the Northern District of Georgia

- Godwin, Jason Brian, Counsel for Appellee/Plaintiff Berkeley Ventures II, LLC

- Herman, Ronald D., former Defendant and CEO of Defendant Sionic Mobile Corporation

## No. 23-11900 – Sionic Mobile Corporation v. Berkeley Ventures II, LLC

- Jenner, Simon, former Counsel for Appellant/Defendant Sionic Mobile Corporation and former Defendant Ronald D. Herman

- Mirmelli, Laura H., former Counsel for Appellee/Plaintiff Berkeley Ventures II, LLC

- Parker, Wilmer "Buddy" III, Counsel for Appellee/Plaintiff Berkeley Ventures II, LLC

- Sionic Mobile Corporation, Appellant/Defendant

No parent corporation and no publicly held corporation owns 10% or more of stock of Appellant/Defendant Sionic Mobile Corporation.

## No. 23-11900 – Sionic Mobile Corporation v. Berkeley Ventures II, LLC

## CONSENT MOTION TO DISMISS

COMES NOW Appellant Sionic, pursuant to Fed. R. App. P. 42(b) and 11th Cir. R. 42-1(a), and files this Consent Motion to Dismiss. Appellant Sionic seeks dismissal of its appeal in light of the parties' settlement. The dismissal of the appeal is as to all claims and all parties with all parties to bear their own costs. All parties consent to this motion and the dismissal of the appeal.

This 12th day of June, 2024.

Respectfully submitted,

/s/ Carolyn C. Burch

Carolyn "Tippi" Cain Burch
Georgia Bar No. 094515
The Burch Firm, LLC
P.O. Box 335
Columbus, Georgia 31902
404.357.3326
tippiburch@georgiaappealslaw.com

## No. 23-11900 – Sionic Mobile Corporation v. Berkeley Ventures II, LLC

## CERTIFICATE OF COMPLIANCE

This motion complies with the typeface and type style requirements and the type-volume limits of Fed. R. App. P. 27(d)(2)(A) because it contains 501 words.

                                             */s Carolyn C. Burch*
                                             Carolyn C. Burch
                                             Georgia Bar No. 094515

# No. 23-11900 – Sionic Mobile Corporation v. Berkeley Ventures II, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, I served the within and foregoing **CONSENT MOTION TO DISMISS** by electronically filing it with this Court's ECF system, which constitutes service on the following attorneys who have appeared in this case and are registered CM/ECF participants:

> Jason Brian Godwin
> Godwin Law Group
> 3985 Steve Reynolds Boulevard
> Building D Norcross, GA 30093
> jgodwin@godwinlawgroup.com
>
> Buddy Parker
> Maloy Jenkins Parker
> 1360 Peachtree Street NE
> Suite 1201
> Atlanta, GA 30309
> parker@mjplawyers.com

/s/ Carolyn C. Burch
Carolyn "Tippi" Cain Burch